# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

RUDY MENDOZA,

Defendant.

NO. 3:18-CR-0122

(JUDGE CAPUTO)

## ORDER

**NOW**, this 21st day of November, 2019, **IT IS HEREBY ORDERED** that Rudy Mendoza's Motion for New Trial and Judgment of Acquittal (Doc. 95) is **DENIED**.

Mr. Mendoza's sentencing will take place on **Tuesday, December 3, 2019 AT 11:30 A.M.**, Courtroom #3, Max Rosenn U.S. Courthouse, Wilkes-Barre, Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge