# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-CR-00122-02 |
| v. | (Chief Judge Brann) |
| RUDY MENDOZA, | |
| Defendant. | |

## ORDER

**MARCH 1, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Mendoza's 28 U.S.C. § 2255 motion (Doc. 152) is **DENIED** as time barred; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge